**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Case No.. 16-06933 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| FAROOQ PATEL | ) | Chapter 13 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) | Honorable Judge Pamela S. Hollis |
|  | ) |  |

**NOTICE CONVERTING DEBTOR'S CHAPTER 13 TO CHAPTER 7**

Notice is hereby given that pursuant to 11 U.S.C §1307(a), the above-referenced Debtor(s)

converts from Chapter 13 to Chapter 7.

Dated: May 17, 2016                    Respectfully Submitted,

                                        /s/ Joseph S. Davidson
                                        Joseph S. Davidson, Esq. #6301581
                                        Counsel for Debtor
                                        Sulaiman Law Group, Ltd.
                                        900 Jorie Boulevard, Suite 150
                                        Oak Brook, Illinois 60523
                                        Phone (630) 575-8181
                                        Fax: (630) 575-8188